UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CIVIL ACTION NO. 4:26-CV-00056-GNS

MARIA ELENA ASCENCION FLORES                                                                PETITIONER

v.

JASON WOOSLEY, as in his official capacity as
Jailer of the Grayson County Jail;
FIELD OFFICE DIRECTOR,
in his or her official capacity as
Field Office Director of Enforcement and
Removal Operations, U.S. Immigration
and Customs Enforcement, U.S. Department of
Homeland Security;
TODD M. LYONS, in his official capacity as
Acting Director, Immigration and
Customs Enforcement, U.S. Department of
Homeland Security;
KRISTI NOEM, in her official capacity as
Secretary, U.S. Department of Homeland Security; and
PAMELA JO BONDI, in her official capacity as
Attorney General of the United States                                                        RESPONDENTS

## SHOW CAUSE ORDER

Petitioner Maria Elena Ascencion Flores, by counsel, filed a Petition for Writ of Habeas Corpus (DN 1) pursuant to 28 U.S.C. § 2241. Upon review of this filing, **IT IS HEREBY ORDERED** as follows:

1. The Clerk of Court shall **serve by certified mail, return receipt requested**, one copy of the Petition (DN 1) and this Order to each Respondent not subject to that certain Memorandum of Understanding dated January 20, 2026, entered into by the Court and the U.S. Attorney's Office for the Western District of Kentucky.

2. The Court finds good cause under 28 U.S.C. § 2243 to set the schedule for the return and hearing as set forth below.

3. On or before **February 6, 2026**, Respondents shall **SHOW CAUSE** why the writ of habeas corpus should not be granted. *See* 28 U.S.C. § 2243; Fed. R. Civ. P. 6(a).

4. On or before **February 10, 2026**, Petitioner may file a reply.

5. The parties shall appear before this Court for a hearing via Zoom on **February 12, 2026, at 3:00 PM CT**. The Zoom link will be sent prior to the hearing. Petitioner may appear by Zoom from the Grayson County Detention Center. Counsel may contact the Court's case manager, Ms. Traci Duff, at Traci_Duff @kywd.uscourts.gov to arrange for Petitioner to appear via Zoom.



**Greg N. Stivers, Judge**
**United States District Court**
February 3, 2026

cc: counsel of record
Respondents, as directed above
U.S. Attorney, WDKY, as directed above

2