UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

MARIA ELENA ASCENCION FLORES,   PETITIONER

v.   CIVIL ACTION NO. 4:26-CV-56-GNS

FIELD OFFICE DIRECTOR; et al.   RESPONDENTS

## ORDER

Upon joint motion of the parties to remand the February 12, 2026, hearing, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the motion is GRANTED.

**Greg N. Stivers, Judge**
**United States District Court**
February 10, 2026